IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FOOS, | CASE NO. 2:10-cv-2201 FCD CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| WELLS FARGO HOME MORTGAGE, | |
| Defendant. | |
| _____/ | |

The Motion to Dismiss [Docs. 14 and 20] filed by Defendant is currently set for hearing on October 28, 2010, at 10:00 a.m.  Said hearing is hereby continued to November 18, 2010, at 10:00 a.m., in the above entitled court located at 2986 Bechelli Lane, Redding, California.

IT IS SO ORDERED.


DATED: October 14, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE