1
2
3
4
5
6
7
8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11   STEPHEN FOOS,                              No. CIV S-10-2201-FCD-CMK

12              Plaintiff,

13        vs.                                   ORDER

14   WELLS FARGO HOME MORTGAGE,

15              Defendant.

16   _____/

17              Plaintiff, proceeding pro se, brings this civil action regarding his home loan

18   mortgage, apparently alleging violations of the Real Estate Settlement Procedures Act, 12 U.S.C.

19   § 2601 *et seq.*, and the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*

20              This matter is set for an initial scheduling conference on January 13, 2011,  before

21   the undersigned in Redding, California.  Also pending before the court is defendant's motion to

22   dismiss.  Findings and Recommendations have issued on the motion to dismiss, recommending

23   the motion be granted.  The final order on the motion has not yet issued.  The court therefore

24   finds it appropriate to vacate the scheduling conference until the pending motion to dismiss has

25   been resolved.  Once the motion has been resolved, the court will reset a scheduling conference

26   in this matter if appropriate.

1            Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for

2    January 13, 2011, is vacated, to be reset following final resolution of the pending motion to

3    dismiss, if appropriate.

4

5     DATED:  January 4, 2011

6                                 _____

7                                **CRAIG M. KELLISON**
                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26